UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO: 7:15-cv-84-ART

HEATHER BOSTIC and TIMOTHY BOSTIC,
individually and on behalf of the ESTATE of D.B.,

PLAINTIFFS,

v.  **ORDER**

GLAXOSMITHKLINE LLC, et al.,                                                                DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

This matter comes before the undersigned upon the Court's own motion following a proposed Agreed Order to extend Defendant Taro Pharmaceuticals' time to file its Answer to the Complaint. [R. 9]. It appearing that all Defendants will have responded to the Complaint by September 30, 2015, and having considered the matter fully and being otherwise sufficiently advised,

IT IS ORDERED that this matter shall come before the Court for a telephone conference call ON WEDNESDAY, OCTOBER 7, 2015 AT THE HOUR OF 10:00 A.M. to discuss scheduling discovery deadlines. Counsel shall access the conference by calling AT&T Teleconferencing at 1-877-336-1839; entering the access code 4162817 (followed by #); and when requested, entering the security code 0084 (followed by #).

Signed September 15, 2015.



Signed By:
Edward B. Atkins  EBA
United States Magistrate Judge